# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138284

HUNTER L. TODD,
     Plaintiff-Appellant.

v

                                      SC: 138284
                                      COA: 287710

COUNTRYWIDE HOME LOANS,
     Defendant-Appellee.
                                      Wayne CC: 07-726070-CK

_____/

      On order of the Court, the application for leave to appeal the January 12, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010                                                          
                                                           Clerk

d0419